IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00237-WYD-MJW

ADDISON INSUANCE COMPANY, an Illinois corporation
    Plaintiff,

vs.

WILLIAM J. (BILL) RIPPY, an individual,
CARY STEHLE, an individual,
STEHLE RIPPY PRODUCTIONS, an unincorporated or entity,
LYSTER OIL COMPANY, a Colorado corporation,
KATHLEEN FOOS, an individual,
VALERIE FULLER, an individual,
DOUGLAS DWIRE, an individual
    Defendants.

---

ORDER (Docket No. 15)

This matter having come before the Court upon the Defendants Unopposed Motion to Vacate and Reschedule the Scheduling/Planning Conference and the Court being advised in the premises grants the Motion and Orders that the Scheduling/Planning Conference be continued to ~~a future date~~ May 9, 2008 @ 8:30am. Proposed Scheduling Order is due May 2, 2008.

By the court this 31st day of March 2008.

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO