IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00237-WYD-MJW

ADDISON INSURANCE COMPANY,

Plaintiff(s),

v.

WILLIAM J. (BILL) RIPPY, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Amended Unopposed Motion to Suspend Rule 16 and Rule 26 Deadlines and to Vacate Scheduling Conference (docket no. 23) is DENIED.

Date: April 15, 2008