IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00237-PAB-MJW

ADDISON INSURANCE COMPANY,

Plaintiff(s),

v.

WILLIAM J. (BILL) RIPPY, et al.,

Defendant(s).

MINUTE ORDER

In view of Judge Brimmer's Order of March 18, 2009 (Docket No. 46), in which this case was stayed pending the resolution of the underlying state court case, it is hereby

ORDERED that the Unopposed Motion to Amend Scheduling Order (Docket No. 43) is denied without prejudice. It is further

ORDERED that the Final Pretrial Conference set for May 5, 2009, at 9:00 a.m. is vacated.

Date: March 24, 2009