IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00237-PAB-MJW

ADDISON INSURANCE COMPANY,
an Illinois corporation,

      Plaintiff,

v.

WILLIAM J. BILL RIPPY, an individual,
CARY STEHLE, an individual,
STEHLE RIPPY PRODUCTIONS, an unincorporated or entity,
LYSTER OIL COMPANY, a Colorado corporation,
KATHLEEN FOOS, an individual,
VALERIE FULLER, an individual, and
DOUGLAS DWIRE, an individual,

      Defendants.

_____

**ORDER**
_____

On March 18, 2009, the Court ordered this case stayed pending the resolution of the underlying State court case in the District Court of Moffat County, Colorado [Docket No. 46]. There is no activity anticipated in the near future and the Court ordered plaintiff to file a status report within 10 days following any action which resolves the State court case. Therefore, it is

**ORDERED** that this case be administratively closed pursuant to D.C.COLO.LCivR 41.2.  The case may be reopened at any time by any party showing good cause.

DATED June 10, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge